UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
UNITED STATES OF AMERICA          :        Docket No. 3:14MJ00130(HBF)
:
v.                                :
:
BERNARD PETTWAY                   :        September 26, 2014
:
---------------------------------------------------x

## MOTION TO POSTPONE PRELIMINARY HEARING

The defendant, Bernard Pettway, is charged in a complaint dated June 20, 2014, with a violation of 18 U.S.C. § 111(b).  He was presented in federal court for the first time on June 20, 2014, at which time he was ordered detained.  On July 2, 2014, a bond hearing was conducted and Mr. Pettway was released subject to a non-surety bond with various conditions.

Under Federal Rule of Criminal Procedure 5.1, a preliminary hearing must be conducted or an indictment filed within 21 days, and under the Speedy Trial Act of 1974, 18 U.S.C. § 3161(b), the government is required to file an indictment or information within 30 days of Mr. Pettway's arrest.  Mr. Pettway previously filed speedy trial waivers excluding the time from June 24, 2014, through and including August 31, 2014, and from August 28, 2014, through and including September 30, 2014; accordingly, only four days of the speedy trial clock will have elapsed as of October 1, 2014.

Mr. Pettway requires additional time to review the charges against him in this matter.  Undersigned counsel is in discussions with counsel for the government which, if successful, would obviate the need for a preliminary hearing or the filing of an indictment.  Additional time is also required for undersigned counsel to meet with the defendant to discuss his options and for the government to finalize its decision-making process.  Accordingly, the defendant seeks an extension of

the time within which a preliminary hearing should be held, and within which an indictment or information must be filed, until October 15, 2014.

Counsel for the government, Assistant United States Attorney Rahul Kale, consents to this continuance.

Respectfully submitted,

The Defendant,
Bernard Pettway

Office of the Federal Defender

Dated: September 26, 2014        /s/ Sarah A. L. Merriam
                                 Sarah A. L. Merriam
                                 Assistant Federal Defender
                                 265 Church Street, Suite 702
                                 New Haven, CT   06510
                                 Bar No. ct25379
                                 Phone: 203-498-4200
                                 Fax: 203-498-4207
                                 Email: sarah_merriam@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2014, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

         /s/ Sarah A. L. Merriam
         Sarah A. L. Merriam